

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00112-CV

_____


GUARANTY BOND BANK, Appellant

V.

JEFF AND ERICA FOUCHE, ET AL., Appellees



On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 08C-0323-005



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Guaranty Bond Bank, appellant, and Jeff and Erica Fouche, Rick and Lisa Turney, and Michael and Jennifer Stewart, appellees, have filed with this Court a joint motion to dismiss the pending appeal and to remand this cause to the trial court. The parties represent to this Court that they have reached a full and final settlement. In such a case, no real controversy exists, and, in the absence of a controversy, the appeal is moot.

We grant the motion. We set aside, without regard to the merits, the judgment of the trial court and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Pursuant to the parties' settlement agreement, we dismiss the appeal.


Bailey C. Moseley
Justice


Date Submitted:    January 29, 2013
Date Decided:      January 30, 2013

2